UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH JEROME ROSS                                    CIVIL ACTION

VERSUS                                                NO. 05-5469

JERRY LARPENTER, TERREBONE                            SECTION "R"(5)
PARISH SHERIFF, ET AL.

### ORDER

The Court, having considered the complaint, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that plaintiff's suit is DISMISSED for failure to prosecute.

New Orleans, Louisiana, this __4th__ day of August, 2006.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE